MARK A. PERLOFF, Respondent, v. NATHAN KELMENSON, Appellant.— Order denying defendant's motion to dismiss the complaint upon the ground that plaintiff's claim has been released modified so that it shall provide that the questions of fact as to the validity of the release shall be tried by a jury, whose findings shall be reported to the court for its action. (Rules Civ. Prac. rule 108.) As so modified the order is affirmed, without costs. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

AGNES PHELAN, Respondent, v. DUGAN BROS., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

HARRY PHELAN, Respondent, v. DUGAN BROS., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

JOSEPH P. POWERS, Appellant, v. JOHN THEOFEL, DOROTHY A. JULIG and PETER F. ALBRECHT, Respondents.— Order reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In our opinion the action may be maintained. (Brown v. Cole, 54 Misc. 278; Cummings v. Bailey, 53 id. 142; affd., 120 App. Div. 892.) The record shows that the amended rules of the Democratic county committee of Queens county were not adopted by a majority of that committee as required by section 15 of the Election Law. They are, therefore, invalid and their enforcement may be enjoined. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ANTOINETTE KANE, Respondent.— Orders of the County Court of Kings county affirmed. No opinion. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of SALVATORE BABETTA, Respondent, v. HERMAN WIGGEL and MATTIE HUSU, Appellants.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

MAX SEIDERMAN, Suing on Behalf of Himself and All Other Stockholders of the NORTH AMERICAN MORTGAGE AND BUILDING CORPORATION Similarly Situated, Respondent, v. NORTH AMERICAN MORTGAGE AND BUILDING CORPORATION and SOLOMON FRIEDMAN, Appellants. N. W. MINUSE & COMPANY, INC., and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. Examination to proceed on five days' notice. No opinion. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

MICHAEL SHEA, Respondent, v. EXPORT STEAMSHIP CORPORATION and UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.